# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| VERADA REYNOLDS, | Case No. EDCV 19-00150-AS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ANDREW M. SAUL, Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

Dated: December 6, 2019

                                          /s/
                              ALKA SAGAR
               UNITED STATES MAGISTRATE JUDGE